COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Mack Watson, Jr. v. The State of Texas

Appellate case number:    01-21-00281-CR

Trial court case number:   1520070

Trial court:               263rd District Court of Harris County

A jury convicted appellant, Mack Watson, Jr., of the offense of murder, and assessed his punishment at confinement for forty years. The trial court appointed Andrew J. Smith to represent appellant on appeal. On January 24, 2022, appellant's appointed counsel filed a motion to withdraw as appellant's counsel, stating that he had "been appointed by the Harris County District Court Judges to serve as a Felony Associate Judge" beginning February 1, 2022.

Accordingly, on February 8, 2022, the Court abated this appeal and remanded the case to the trial court to determine whether appellant's appointed counsel should be allowed to withdraw from representing appellant on appeal, and if so, the Court further directed the trial court to appoint counsel, at no expense to appellant, to represent him on appeal. On February 14, 2022, the trial court clerk filed a supplemental clerk's record including: (1) an order signed by the trial court granting Andrew J. Smith's motion to withdraw, and (2) an order appointing Mark A. Rubal to represent appellant on appeal.

On April 12, 2022, we reinstated the case and set a deadline for filing of appellant's brief as May 12, 2022. Appellant received five extensions of the deadline before filing his appellant's brief on September 16, 2022. Accordingly, the State's brief was initially due on October 17, 2022. On December 16, 2022, the State filed its third motion for extension of time to file a brief. The State's third motion was granted, extending the deadline to January 17, 2023. However, the State was notified by the Court that there would be "no further extensions."

The State did not file its brief by the extended deadline. On January 18, 2023, the State filed its fourth motion for extension of time to file a brief. The State notes that it has "been unable to complete the State's brief . . . in the time permitted" due to a heavy workload and a large appellate record for this case. For that reason, the State requests a further extension, to February 16, 2023, for the filing of the State's brief.

The State's motion is **granted**.  The State's brief is due to be filed **no later than February 16, 2023**.  **No further extensions will be considered** by the Court and failure to file a brief by February 16, 2023 may result in the Court setting the case "at-issue" and considering and deciding the case without a brief from the State.  *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                 ☑ Acting individually     ☐ Acting for the Court

Date: ___January 31, 2023_____